**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WAYNE SILVERIA GAYLE,** | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 26-CV-2182** |
| | **:** | |
| **YOUNG, MARR, MALLIS &** | **:** | |
| **ASSOCIATES LAW FIRM,** *et al.*, | **:** | |
| **Defendants.** | **:** | |

**ORDER**

AND NOW, this 29th day of April, 2026, upon consideration of Plaintiff Wayne Silveria

Gayle's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 6) and Complaint (ECF No. 2),

it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.  The Complaint is **DEEMED** filed.

3.  The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject

matter jurisdiction for the reasons stated in the Court's Memorandum.

4.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**


*/s/ Jeffery L. Schmehl*
_____
**JEFFREY L. SCHMEHL, J.**